

00564-59415(ROB)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

JOHN LAWRENCE,

    **Plaintiff,**

**vs.**                                                    **Civil Action No. 1-05-1011-T/AN**

BENTON COUNTY, TENNESSEE
and BANK OF CAMDEN,

    **Defendants.**

---

## RULE 16(b) SCHEDULING ORDER

---

    Pursuant to the scheduling conference set by written notice, the following dates are established as the final dates for :

**INITIAL DISCLOSURES (RULE 26(a)(1)):**        June 21, 2005

**JOINING PARTIES:**

    for Plaintiff:        August 7, 2005
    for Defendant:        September 7, 2005

**AMENDING PLEADINGS:**

    for Plaintiff:        August 7, 2005
    for Defendant:        September 7, 2005

**COMPLETING ALL DISCOVERY:**        February 7, 2006

    (A)    **REQUESTS FOR PRODUCTION,**
            **INTERROGATORIES and**
            **REQUESTS FOR ADMISSIONS:**    February 7, 2006

    (B)    **EXPERT DISCLOSURE (Rule 26(a)(2)):**
            (i) Plaintiff's Experts:        December 7, 2005
            (ii) Defendant's Experts:      January 7, 2006
            (iii) Supplementation under Rule 26(e):    January 17, 2006

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 6/8/05

11

00564-59415(ROB)

    (C)    **DEPOSITIONS OF EXPERTS:**        February 7, 2006

**FILING DISPOSITIVE MOTIONS:**        January 24, 2006

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):**

    (A)    for Plaintiff:        March 10, 2006
    (B)    for Defendant:        March 24, 2006

        Parties shall have __10__ days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

        The trial of this matter is expected to last __2__ Days and is set for **JURY TRIAL** on **MONDAY, APRIL 24, 2006**, at **9:30 A.M.** A joint pretrial order is due on **FRIDAY, APRIL 14, 2006**. In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten (10) days before trial.

**OTHER RELEVANT MATTERS:**

        Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

        Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

        The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

        The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

        The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

00564-59415(ROB)

*The parties are encouraged to engage in court-annexed attorney mediation or private mediation <u>on or before the close of discovery.</u>*

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: June 06, 2005

00564-59415(ROB)

APPROVED:

FRANK DESLAURIERS (BPR # 12051)   *BPR 23261*
Attorney for Plaintiff


JOHN D. SCHWALB (BPR # 11671)   *BPR 23261*
Attorney for Defendant Benton County, Tennessee


ANDREW B. FRAZIER (BPR # 07495)   *BPR 23261*
Attorney for Defendant Bank of Camden


ROBERT O. BINKLEY, JR. (BPR # 11991)
Attorney for Defendant Bank of Camden

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:05-CV-01011 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Robert O. Binkley
RAINEY KIZER BUTLER REVIERE & BELL
209 East Main Street
Jackson, TN 38302--114

John D. Schwalb
WILLIAMS & SCHWALB, PLLC
1111 Columbia Ave.
Franklin, TN 37064

Andrew B. Frazier
FRAZIER & WHITWORTH
116 East Main St.
Camden, TN 38320

Frank M. DesLauriers
DESLAURIERS LAW FIRM
P.O. Box 1156
Covington, TN 38019--115

Honorable James Todd
US DISTRICT COURT