**IN THE UNITED STATES DISTRICT COURT FOR THE**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN LAWRENCE,** | * | |
| **Plaintiff,** | * | |
| **vs.** | * | **NO. 1-05-1011-T/An** |
| **BENTON COUNTY, TENNESSEE,** | * | |
| **and BANK OF CAMDEN,** | | |
| | * | |
| **Defendants.** | | |

---

## CONSENT ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF DEFENDANT BANK OF CAMDEN

---

Upon Defendant Bank of Camden having moved the Court for summary judgment, and upon Plaintiff, by and through counsel, having consented to the Motion for Summary Judgment filed by Defendant Bank of Camden, it is agreed by consent that there is no genuine issue as to any material fact concerning the allegations of Plaintiff against Defendant Bank of Camden and that Defendant Bank of Camden is entitled to judgment as a matter of law,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the summary judgment be granted in favor of Defendant Bank of Camden by consent and that this cause is hereby dismissed with prejudice with respect to Defendant Bank of Camden pursuant to Federal Rule of Civil Procedure 56.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on _8/26/05_

FURTHER, IT IS ORDERED that, upon the Court expressly stating, pursuant to Federal Rule of Civil Procedure 54, there is no just reason for delay in entry of final judgment, this judgment is a final judgment of dismissal of defendant Bank of Camden.

Enter this the _25th_ day of August, 2005.

_____
JUDGE JAMES D. TODD

APPROVED FOR ENTRY:


_____
FRANK DESLAURIERS (BPR # 12051)
Attorneys for Plaintiff
P. O. Box 1156
Covington, TN  38019


_____
JOHN D. SCHWALB (BPR # 011671)
Attorneys for Defendant Benton County
Williams & Schwalb, PLLC
The Lotz House
1111 Columbia Avenue
Franklin, TN 37064


_____
ANDY FRAZIER (BPR # 07495)
Attorneys for Defendant Bank of Camden
Frazier & Whitworth
P. O. Box 208
116 East Main St.
Camden, TN 38320


_____
ROBERT O. BINKLEY, JR. (BPR # 11991)
Attorneys for Defendant Bank of Camden
Rainey, Kizer Reviere & Bell, PLC
209 East Main Street
P.O. Box 1147
Jackson, TN  38302-1147

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 1:05-CV-01011 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

Robert O. Binkley
RAINEY KIZER BUTLER REVIERE & BELL
209 East Main Street
Jackson, TN 38302--114

Andrew B. Frazier
FRAZIER & WHITWORTH
116 East Main St.
Camden, TN 38320

Frank M. DesLauriers
DESLAURIERS LAW FIRM
P.O. Box 1156
Covington, TN 38019--115

John D. Schwalb
WILLIAMS & SCHWALB, PLLC
1111 Columbia Ave.
Franklin, TN 37064

Honorable James Todd
US DISTRICT COURT